**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                            :      08 CIV. 04450 (LAP)

KOBAYASHI VENTURES, LLC,

                                            :      **NOTICE OF APPEARANCE**

                     Plaintiff,

      -against-                                     :

PAPERTECH INC.,                                :

                     Defendant.   :

---------------------------------------------------------------x

       PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for defendant PT Papertech, Inc. (erroneously named and sued as "Papertech Inc.") in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date:   New York, New York
         May 21, 2008

                                                            Respectfully submitted,

                                                               /s/  Jason S. Oliver
                                                          Jason S. Oliver
                                                          Troutman Sanders LLP
                                                          The Chrysler Building
                                                          405 Lexington Avenue
                                                          New York, New York 10174
                                                          jason.oliver@troutmansanders.com

TO:

Jeffrey M. Schwaber
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
jschwaber@steinsperling.com

Alexia Kent Bourgerie
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
abourgerire@steinsperling.com

Ivonne Corsion Lindley
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
ilindley@steinsperling.com

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of May, 2008, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey M. Schwaber
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
jschwaber@steinsperling.com

Alexia Kent Bourgerie
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
abourgerire@steinsperling.com

Ivonne Corsion Lindley
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
ilindley@steinsperling.com

    /s/  Jason S. Oliver
    Jason S. Oliver