**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                      :    08 CIV. 04450 (LAP)

KOBAYASHI VENTURES, LLC,

                                      :    **NOTICE OF APPEARANCE**

                     Plaintiff,

         -against-                   :

PAPERTECH INC.,                     :

                     Defendant.   :

-------------------------------------------------------------x

         PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for defendant PT Papertech, Inc. (erroneously named and sued as "Papertech Inc.") in the above-captioned action.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date:   New York, New York
         May 21, 2008

                               Respectfully submitted,


                               ___/s/  Oren J. Warshavsky___
                               Oren J. Warshavsky
                               Troutman Sanders LLP
                               The Chrysler Building
                               405 Lexington Avenue
                               New York, New York 10174
                               oren.warshavsky@troutmansanders.com

TO:

Jeffrey M. Schwaber
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
jschwaber@steinsperling.com

Alexia Kent Bourgerie
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
abourgerire@steinsperling.com


Ivonne Corsion Lindley
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
ilindley@steinsperling.com

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of May, 2008, I will electronically file the foregoing with

the Clerk of the Court using the CM/ECF system, which will then send a notification of such

filing (NEF) to the following:


Jeffrey M. Schwaber
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
jschwaber@steinsperling.com

Alexia Kent Bourgerie
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
abourgerire@steinsperling.com

Ivonne Corsion Lindley
Stein, Sterling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850
ilindley@steinsperling.com




       /s/  Oren J. Warshavsky
       Oren J. Warshavsky