```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #: _____
UNITED STATES DISTRICT COURT                DATE FILED: 6/11/08
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                    :       08 CIV. 04450 (LAP)
KOBAYASHI VENTURES, LLC,            :
                                            STIPULATION TO EXTEND
                       Plaintiff,   :       TIME TO ANSWER

        -against-                   :

PAPERTECH INC.,                     :

                       Defendant.   :
-----------------------------------x
```

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for the defendant PT Papertech, Inc. (named and sued as "Papertech Inc.") to answer, move or otherwise respond to the Complaint is hereby extended to and including June 16, 2008. This stipulation may be signed in counterparts.

Dated: New York, New York
May 22, 2008

STEIN, SPERLING, BENNETT, DE JONG,     TROUTMAN SANDERS LLP
DRISCOLL & GREENFEIG, P.C

By: _____      By: _____
Jeffrey Martin Schwaber, Esq.      Oren J. Warshavsky, Esq.
25 West Middle Lane                Jason S. Oliver, Esq.
Rockville, MD 20850-2204           The Chrysler Building
(301) 838-3232                     405 Lexington Avenue
jschwaber@steinsperling.com        New York, New York 10174
                                   (212) 704-6000
                                   oren.warshavsky@troutmansanders.com

*Attorney for Plaintiff*           *Attorneys for Defendant*
*Kobayashi Ventures, LLC*          *PT Papertech, Inc.*

*In addition, counsel shall submit a courtesy copy of the complaint to Chambers*

SO ORDERED:

_____
Hon. Loretta A. Preska, U.S.D.J.

June 10, 2008