**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KOBAYASHI VENTURES, LLC | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. 1:08-cv-04450-LAP |
| | : | |
| PAPERTECH INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1 of the Southern District of New York and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Kobayashi Ventures, LLC in the above captioned action certifies that (1) Soze, LLC, a Delaware limited liability company is the parent of Kobayashi Ventures, LLC, (2) the members of Kobayashi Ventures, LLC comprise James Dechman and John Fiore, and (3) other than stated hereinabove there is nothing to report under Local Rule 7.1.1.

By:       /s/
Jeffrey M. Schwaber
New York Bar No. 4529699
Stein, Sperling, Bennett, De Jong,
Driscoll & Greenfeig, P.C.
Attorneys for Plaintiff, Kobayashi Ventures, LLC
25 West Middle Lane
Rockville, MD  20850
Telephone:  (301) 838-3210
Facsimile:  (301) 354-8110
Email: jschwaber@steinsperling.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2008, I will electronically file the foregoing with the Clerk of Court using the ECF system, which will then send a notification of such filing (NEF) to the following:

> J. Rick Taché
> Janet Lynn Hickson
> Snell & Wilmer, LLP
> 600 Anton Blvd., Suite 1400
> Costa Mesa, CA 92626
>
> Oren J. Warshavsky
> Jason S. Oliver
> Elizabeth Weldon
> Troutman Sanders LLP
> The Chrysler Building
> 405 Lexington Avenue
> New York, New York 10174

/s/
Jeffrey M. Schwaber

L:\CLIENTS\K\KobayashiVentures.LLC\Papertech.007\PLEADINGS\10 financial disclosure statement.NY.doc

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020