UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

KOBAYASHI VENTURES, LLC,

            Plaintiff,

      -against-                       Civil Action No. 08 CIV. 04450 (LAP)

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

PAPERTECH INC.,

            Defendant.

------------------------------------------------ x

PLEASE TAKE NOTICE that Oren J. Warshavsky, Esq. and Jason S. Oliver, Esq., counsel of record for Defendant PT Papertech, Inc. (erroneously named and sued as "Papertech Inc."), in the above captioned action, have become members of/affiliated with Baker & Hostetler LLP. Please substitute Oren J. Warshavsky, Esq. and Jason S. Oliver, Esq. of Baker & Hostetler LLP in place and stead of Oren J. Warshavsky, Esq. and Jason S. Oliver, Esq. of Troutman Sanders LLP as of the date hereof. The undersigned hereby requests that all pleadings and other filings regarding this matter be served upon the undersigned attorneys at the office address listed below and hereby requests electronic notification of all papers filed with the Court by notice upon the following email addresses: owarshavsky@bakerlaw.com; joliver@bakerlaw.com.

Dated: New York, New York
        July 10, 2008

                                          BAKER & HOSTETLER LLP

                                          By:  /s/ Oren J. Warshavsky
                                                Oren J. Warshavsky (OW 9469)
                                                Jason S. Oliver (JO 1676)
                                          45 Rockefeller Plaza
                                          New York, New York  10111
                                          (212) 589-4200
                                          *Incoming Counsel for Defendant*
                                          *PT Papertech, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

KOBAYASHI VENTURES, LLC,    :    Civil Action No. 08 CIV. 04450 (LAP)
                            :
            Plaintiff,      :
                            :
      -against-             :    **CERTIFICATE OF SERVICE**
                            :
PAPERTECH INC.,             :
                            :
            Defendant.      :
------------------------------ x

I hereby certify that on this the 10th day of July 2008, a true and accurate copy of the foregoing Notice of Change of Law Firm Affiliation was sent via First Class Mail to the following:

Jeffrey Martin Schwaber
Stein, Sperling, Bennett, De Jong,
Driscoll & Greenfeig, PC
25 West Middle Lane
Rockville, MD 20850
*Counsel for Plaintiff*
*Kobayashi Ventures, LLC*

by: _____
    Jason S. Oliver (JO 1676)