UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X
:
KOBAYASHI VENTURES, LLC,          :   08 Civ. 4450 (LAP)
:
              Plaintiff,          :   ORDER
:
     v.                           :
:
PAPERTECH, INC.,                  :
:
              Defendant.          :
:
- - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

LORETTA A. PRESKA, U.S.D.J.

Counsel shall appear for oral argument on October 20, 2008 at 10:30. Any issues raised in the reply can be dealt with at oral argument.

SO ORDERED:

DATED:     New York, New York
           August 29, 2008

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.